IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br>935 Pennsylvania Avenue NW<br>Washington, D.C. 20535<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff, BUZZFEED INC., brings this Freedom of Information Act suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to produce the complete case file for the FBI's closed investigation of a bombing that occurred at Yale Law School on May 22, 2003. In violation of the Freedom of Information Act, FBI has failed to issue a determination letter within the statutory deadline and has failed to promptly produce the records.

## PARTIES

2. Plaintiff BUZZFEED INC. is a member of the media and made the FOIA request at issue in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency under U.S. DEPARTMENT OF JUSTICE and subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**BACKGROUND**

7. On June 21, 2021, BUZZFEED, through one of its journalists Ken Bensinger, submitted a FOIA request to FBI for "the complete case file for the FBI investigation of a bombing that occurred at Yale Law School on May 22, 2003, as well as any related documents and materials that touch on the alleged bombing." Ex. 1.

8. FBI assigned reference number 1499427-000 to the matter.

9. On July 9, 2021, FBI provided "380 pages of records" that were "determined to be responsive" to the request and "were previously processed and released" to another FOIA requester. Ex. 2.

10. In that letter, FBI stated that "additional records" responsive to the request exist and invited BUZZFEED to indicate whether it wants FBI to process the additional records within thirty days. *Id.*

**NOVEMBER 18, 2021 FOIA REQUEST**

11. On or around November 18, 2021, BUZZFEED, through one of its journalists Ken Bensinger, submitted a new request to FBI for "the unprocessed records pertaining to the Yale Law School bombing." BUZZFEED emphasized that the request seeks "all documentation" about the subject matter. Ex. 3.

12. BUZZFEED also requested a fee waiver and asked to be categorized as a representative of the news media. *Id.*

13. On November 24, 2021, FBI acknowledged receipt of the request, assigned reference number 1499427-001 to the matter, and treated BUZZFEED as a "general (all others) requester." Ex. 4.

14. On November 26, 2021, FBI stated that "unusual circumstances" apply to the processing of the request pursuant to 5 U.S.C. § 552(a)(6)(B)(iii). Ex. 5.

15. On November 29, 2021, FBI denied the fee waiver. Ex. 6.

16. On December 3, 2021, to resolve FBI's incorrect categorization of BUZZFEED as a general requester, BUZZFEED reiterated that it is a representative of the news media, that it intends to use the records for news gathering purposes, and that it plans to publish articles with the obtained records, but FBI directed BUZZFEED to submit an appeal. Ex. 7.

17. On December 22, 2021, FBI informed BUZZFEED that the estimated cost for duplication fees is $475 if BUZZFEED chooses to receive the documents in CDs. Ex. 8.

18. On December 23, 2021, BUZZFEED appealed the fee waiver denial. DOJ assigned A-2022-00518 to the appeal. Ex. 9.

19. On December 30, 2021, BUZZFEED notified FBI that it is willing to pay the estimated cost of $475 to ensure FBI continues its processing of the request, but made it clear that its willingness to pay does not indicate that it agrees to FBI's categorization of BUZZFEED as a general requester. Further, BUZZFEED stated that it appealed the fee waiver denial and provided the appeal reference number to FBI. Ex. 10.

20. On January 10, 2022, FBI indicated based on a preliminary assessment of the volume of records involved that the request is considered as an "extra-large track request." FBI stated that the "current average time is approximately 79 months to complete." Ex. 11 at 2-3.

21. FBI further invited BUZZFEED to narrow the request to "no more than 50 pages to place it in the small track," which would take approximately 5 months to complete. *Id.* at 2.

22. FBI provided the "current average time" for processing for each "track," but did not provide any other information that would assist BUZZFEED to potentially narrow the scope of the request. *Id.* at 2-3.

23. On January 10, 2022, BUZZFEED declined to narrow the scope of the request and asked the FBI to begin processing the request in its entirety. *Id.* at 1-2.

24. On January 10, 2022, FBI confirmed that it would continue to process the request "as-is in the extra-large track." *Id.* at 1.

25. As of the date of this filing, DOJ has not adjudicated BUZZFEED's appeal on the fee waiver denial.

26. As of the date of this filing, FBI has not complied with FOIA, has not issued a determination, and has not produced all records responsive to the request.

**COUNT I – DEFENDANTS' FAILURE TO ISSUE A DETERMINATION**

27. The above paragraphs are incorporated herein.

28. The request seeks the disclosure of agency records and was properly made.

29. Defendants are federal agencies and subject to FOIA.

30. Included within the scope of the requests are one or more records or portions of records that are not exempt under FOIA.

31. Defendants have failed to issue a determination within the statutory deadline.

**COUNT II – DEFENDANTS' FAILURE TO CONDUCT A REASONABLE SEARCH**

32. The above paragraphs are incorporated herein.

33. The request seeks the disclosure of agency records and was properly made.

34. Defendants are federal agencies and subject to FOIA.

35. Defendants have failed to conduct a reasonable search for records responsive to the requests.

## COUNT III – DEFENDANTS' FAILURE TO PRODUCE RECORDS

36. The above paragraphs are incorporated herein.

37. The request seeks the disclosure of agency records and was properly made.

38. Defendants are federal agencies and subject to FOIA.

39. Included within the scope of the requests are one or more records or portions of records that are not exempt under FOIA.

40. Defendants have failed to produce all records responsive to the requests.

**WHEREFORE**, BUZZFEED asks the Court to:

    i. declare that Defendants violated FOIA;

    ii. order Defendants to conduct a reasonable search for records;

    iii. order Defendants to issue a determination;

    iv. order Defendants to promptly produce all non-exempt requested records or portions of records;

    v. enjoin Defendants from withholding non-exempt public records under FOIA;

    vi. award BUZZFEED attorneys' fees and costs; and

    vii. award such other relief the Court considers appropriate.

Dated: February 28, 2022

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com