UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.,* <br><br> *Defendants*. | Civil Action No. 22-0515 (CJN) |

## JOINT STATUS REPORT

Plaintiff, Buzzfeed, Inc., and Defendants, the Federal Bureau of Investigation ("FBI") and the United States Department of Justice ("DOJ, and collectively "Defendants"), by and through undersigned counsel, respectfully submit this Joint Status Report, in accordance with the Court's October 19, 2022, Minute Order:

### BACKGROUND

1. On February 28, 2022, Plaintiff filed a Complaint, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking to compel production of documents responsive to Plaintiff's two (2) FOIA requests dated June 21, 2021, and November 18, 2021, for "the complete case file for the FBI investigation of a bombing that occurred at Yale Law School on May 22, 2003, as well as any related documents and materials that touch on the alleged bombing." *See* ECF No. 1.

2. On April 14, 2022, Defendants filed their Answer. *See* ECF No. 7.

## *STATUS OF PLAINTIFF'S FOIA REQUEST*

3. As previously reported, Defendants identified approximately 16,400 pages potentially responsive to Plaintiff's request.

4. As previously reported in the parties' last joint status report, from August 2022 through December 2023, the FBI made several releases of information. In addition, on January 5, 2023, the FBI made an interim release in which 503 pages were reviewed and 433 pages were released. The FBI further states that on February 6, 2024, the FBI made an interim release in which 508 pages were reviewed and 429 pages were released.

5. The FBI plans to make its next release on or around March 6, 2024, and additional processing at an approximate rate of 500 pages per month.

## *PROPOSED FUTURE STEPS*

6. Pursuant to the Court's October 19, 2022 Minute Order, the parties will file a further Joint Status Report on or before April 2, 2024. Should issues arise earlier, that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

| | |
|---|---|
| Dated:   February 6, 2024 | Respectfully submitted, |
| LOEVY & LOEVY | MATTHEW M. GRAVES, D.C. Bar No. 481052<br>United States Attorney |
| <u>/s/ Merrick Wayne</u><br>Matt Topic, D.C. Bar No. IL0037<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>LOEVY & LOEVY<br>311 N. Aberdeen, Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>FOIA@Loevy.com<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br><u>/s/ Anna D. Walker</u><br>ANNA D. WALKER<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2544<br>Anna.Walker@usdoj.gov<br><br>*Counsel for the United States* |